UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 96-Cr-959 (SHS) |
| JUAN RODRIGUEZ, | ORDER |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of defendant's application for a certificate of appealability, (ECF No. 165), pursuant to 28 U.S.C. § 2253(c)(2) from the denial of his successive 28 U.S.C § 2255 petition on August 18, 2021. (ECF No. 162.) Because Rodriguez has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2); *see also Lucidore v. N.Y. State Div. of Parole*, 209 F.3d 107, 111–13 (2d Cir. 2000). In addition, the Court certifies that any appeal from an order in this Court would not be in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445–46 (1962).

Dated: New York, New York
       November 9, 2021

SO ORDERED:

[signature]

Sidney H. Stein, U.S.D.J.